HEATHER E. WILLIAMS, Bar # 122664
Federal Defender
Marc Days, Bar # 184098
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: 559.487.5561

Attorney for Defendant
SUSANNA GOMEZ

SEALED

FILED
JAN 08 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
             DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SUSANNA GOMEZ,<br><br>　　　　Defendant. | Case №: 14-mj-0162 BAM<br><br>[PROPOSED] ORDER ON MOTION TO WITHDRAW THE FEDERAL DEFENDER AS COUNSEL, APPOINT *AD HOC* CJA COUNSEL, AND DEFENDANT'S CONSENT |

Upon Defendant's motion and consent, good cause appearing, and for consistency of representation,

IT IS HEREBY ORDERED, effective January 12, 2015, withdrawing the Federal Defender as counsel and appointing Marc Days as *ad hoc* CJA counsel pursuant to 18 U.S.C. § 3006A(b) and Eastern District of California's CJA Plan, Gen. Ord. 323, App. I, §B(3).

DATED: 1/8/15

_____
HON. BARBARA A. McAULIFFE
United States Magistrate Judge

Order Withdrawing Federal Defender
Appointing Ad Hoc CJA Counsel　　　　　　　　1