IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>SUSANNA GOMEZ,<br><br>                    Defendant. | **CASE NO. 1:14-MJ-00162-BAM**<br><br>**ORDER DISMISSING DEFENDANT FROM COMPLAINT AND UNSEALING CASE**<br>**(Fed. R. Crim. P 48(A))** |

The United States of America, having moved this Court to dismiss the complaint as to above-named defendant only pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, without prejudice and in the interest of justice and good cause appearing;

IT IS HEREBY ORDERED that the complaint in the above-entitled case be dismissed without prejudice in the interest of justice.

IT IS FURTHER ORDERED that the warrant be recalled and this case be unsealed and closed.

IT IS SO ORDERED.

Dated:  **December 12, 2018**

_____
UNITED STATES MAGISTRATE JUDGE